[No. 11182–5–I.   Division One.   June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MEL MAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02790–0, Lloyd W. Bever, J., entered December 16, 1981. *Affirmed* by unpublished opinion per

Scholfield, J., concurred in by Swanson and Ringold, JJ.